THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN KROHN, Appellant, *v.* THE WARDEN AND KEEPER OF CITY PRISON, BROOKLYN, et al., Respondents.

*People ex rel. Krohn* v. *Warden, etc., City Prison, Brooklyn,* 168 App. Div. ——, affirmed.

(Argued May 26, 1915; decided June 15, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 30, 1915, which affirmed an order of Special Term dismissing a writ of habeas corpus and remanding the relator to custody.   The appellant was arrested, charged

with a violation of subdivision 2 of section 161 of the Labor Law in having permitted a female employed by him in a mercantile establishment to work after ten o'clock at night. The question on appeal is: "Can a woman of full age be prevented by statute from working after ten P. M. at night and before seven A. M. IN the morning in mercantile establishments in this state?"

*Walter Jeffrys Carlin* for appellant.

*James C. Cropsey, District Attorney* (*Hersey Egginton* and *Ralph E. Hemstreet* of counsel), for respondents.

Order affirmed on authority of *People* v. *Schweinler Press* (214 N. Y. 395).

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.